IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BANCORP, INC.,** : | |
| Plaintiff, : | **CIVIL ACTION** |
| : | |
| v. : | |
| : | **NO. 14-7159** |
| **MICHAEL YARON, et al.,** : | |
| Defendants. : | |

## ORDER

**AND NOW**, this 13th day of August, 2015, upon consideration of Bancorp's Motion to Remand this case to state court (Doc. No. 11), and all responses thereto, it is hereby **ORDERED** that the Motion is **GRANTED**. The case shall be **REMANDED** to the Court of Common Pleas of Philadelphia County pursuant to 28 U.S.C. § 1447(c), as set forth in the accompanying Memorandum Opinion. The Court declines to assess costs or fees against the Defendants.

It is further **ORDERED** that the Clerk of Court shall mark this case as **CLOSED** for all purposes, including statistics.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E. K. PRATTER
United States District Judge